UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Criminal Case No. 17-20595

v.

                          Hon. Marianne O. Battani

YOUSEF MOHAMMED RAMADAN,

        Defendant.

_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in the case for Yousef Ramadan. I certify that I am admitted to practice in the Court.

Date: September 26, 2017

                Respectfully Submitted,

                **FEDERAL DEFENDER OFFICE**

                s/ Colleen P. Fitzharris
                Attorney for Yousef Ramadan
                613 Abbott Street, 5th Floor
                Detroit, Michigan 48226
                313-967-5854
                E-mail: colleen_fitzharris@fd.org