| | | | |
|---|---|---|---|
| | AUSA: | Jonathan Tukel | Telephone: (313) 226-9100 |
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: | Ryan Y. Schanberger | Telephone: (313) 965-6088 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

YOUSEF MOHAMMAD RAMADAN

Case No. 17 20595

## ARREST WARRANT



F I L E D

AUG 2 6 2017

CLERK'S OFFICE
U.S. DISTRICT COURT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YOUSEF MOHAMMAD RAMADAN ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(k) - Knowingly possessing a firearm with an obliterated serial number which had moved in interstate commerce.

*I hereby certify that the foregoing is a true copy of the original on file in this Office.*
*CLERK, U.S. DISTRICT COURT*
*EASTERN DISTRICT OF MICHIGAN*
*BY: _____ Deputy*

Date: AUG 2 5 2017

City and state: Detroit, MI

R. STEVEN WHALEN
*Issuing officer's signature*

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/25/2017 , and the person was arrested on *(date)* 8/25/2017
at *(city and state)* YPSILANTI, MI .

Date: 8/26/17

_____
*Arresting officer's signature*

Christopher Tarrant, Special Agent
*Printed name and title*

---

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: YOUSEF MOHAMMAD RAMADAN

Known aliases: N/A

Last known residence: 4604 NUTMEG DR, YPSILANTI, MI

Prior addresses to which defendant/offender may still have ties:
2049 ARBOR CIRCLE WEST # 208, YPSILANTI, MI 48197

Last known employment: UNEMPLOYED

Last known telephone numbers: 734-546-9093

Place of birth: ISRAEL

Date of birth: 10/19/1988

Social Security number: 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

Height: 5-10          Weight: 140

Sex: M          Race: W

Hair: BLACK          Eyes: BRO

Scars, tattoos, other distinguishing marks:
NONE KNOWN

History of violence, weapons, drug use:
DOMESTIC VIOLENCE - 2009

Known family, friends, and other associates *(name, relation, address, phone number)*:
JEANINE RAMADAN, WIFE
734-546-9093   4604 NUTMEG, YPSILANTI, MI

FBI number: 116 246 FD9

Complete description of auto:
N/A

Investigative agency and address:
FBI, 477 MICHIGAN AVE, DETROIT, MI 48226

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

FILED
AUG 26 2017
CLERK'S OFFICE
U.S. DISTRICT COURT